IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  12-cv-00938-RPM-MJW

BRENDA JENKINS,

Plaintiff(s),

v.

RELIANT CAPITAL SOLUTIONS LLC,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that the Stipulated Motion for Entry of Protective Order (docket no. 14) is GRANTED finding good cause shown.  The written Protective Order (docket no. 14-1) is APPROVED and made an Order of Court.


Date:   June 07, 2012